# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza
P.O. Box #9013
Central Islip, NY 11722−9013

| | |
|---|---|
| IN RE: | CASE NO: 8−05−89798−sb |
| William M Denninger and Caryn Denninger | |
| SSN/TAX ID: | CHAPTER: 7 |
| xxx−xx−9748        xxx−xx−0318 | |
| DEBTOR(s) | |

## NOTICE OF DEFICIENT FILING

Notice is hereby given that:

The petition filed on behalf of the above referenced debtor did not include the following items:

Schedule I due 10/31/2005.
Schedule J due 10/31/2005.
Summary of schedules due 10/31/2005.
Statement LR1073−2b due by 10/31/2005.
Pre−Petition Statement 2017 due by 10/31/2005.

FURTHER NOTICE IS GIVEN that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Applicable Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: October 25, 2005

For the Court, Joseph P. Hurley, Clerk of Court

**GTntcdef** [Notice of Deficient Filing rev.7/30/03]