Form B6I
(12/03)

In re **William M. Denninger, Caryn Denninger**, Case No. **805-89798-sb**
Debtor (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Debtor's Age: Spouse's Age: | RELATIONSHIP **Son** | AGE **2** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Sales | Housewife |
| Name of Employer | Esquire Deposition Svc LLC | |
| How long employed | 5 months | |
| Address of Employer | Miami FL 33130 | |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---:|---:|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 6,944.58 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 6,944.58 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 1,507.57 | $ 0.00 |
| b. Insurance | $ 652.35 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 2,159.92 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 4,784.66 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 4,784.66 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME     $ 4,784.66     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

None

Note: Gross includes regular hours, commissions and support pay. Gross and payroll taxes are based on average using year to date payroll figures for pay period ending 09/30/05, which represents seven bi-weekly pay periods.

Form B6J
(6/90)

In re  **William M. Denninger, Caryn Denninger**          ,   Case No.  **805-89798-sb**
Debtor                                                                                  (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,200.00 |
| Are real estate taxes included?  Yes _____  No ✓ | |
| Is property insurance included?  Yes _____  No ✓ | |
| Utilities  Electricity and heating fuel | $ 0.00 |
| Water and sewer | $ 0.00 |
| Telephone | $ 90.00 |
| Other  **Cell Phones** | $ 180.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 |
| Food | $ 550.00 |
| Clothing | $ 250.00 |
| Laundry and dry cleaning | $ 180.00 |
| Medical and dental expenses | $ 479.00 |
| Transportation (not including car payments) | $ 600.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 200.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 38.00 |
| Health | $ 0.00 |
| Auto | $ 400.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  **Taxes** | $ 175.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 614.90 |
| Other | $ 0.00 |
| Alimony, maintenance or support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 4,956.90 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income                                  $ _____
B. Total projected monthly expenses                                $ _____
C. Excess income (A minus B)                                       $ _____
D. Total amount to be paid into plan each _____  $ _____
                                              (interval)

Form B6
(6/90)

# United States Bankruptcy Court
# Eastern District of New York

In re **William M. Denninger**     **Caryn Denninger**     Case No. **805-89798-sb**
Chapter **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 4,800.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 5,040.59 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 147,640.36 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,784.66 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 4,956.90 |
| Total Number of sheets in ALL Schedules | | 17 | | | |
| Total Assets | | | $ 4,800.00 | | |
| Total Liabilities | | | | $ 152,680.95 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE:

Chapter 7
Case No.: 805-89798-sb

WILLIAM M. DENNINGER and
CARYN DENNINGER,

Debtors.

-----------------------------------------------------------------X

### AFFIRMATION AS TO SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN

William M. Denninger and Caryn Denninger, the debtors herein, by and through their undersigned attorney affirms as follows:

1. Debtors filed a petition under Chapter 7 of the Bankruptcy Code on October 15, 2005.

2. The debtors schedules "I", "J", Summary of Schedules, Statement LR1073-2b and Prepetition Statement 2017 were not filed at the time of filing of the said petition, and are being filed herewith.

3. [*Check applicable box*]:

   __X__  The schedules filed herewith reflect no additions or correction to, or deletions from, the list of creditors which accompanied the petition

   _____  Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

5. [*If creditors have been **added***] An amended mailing matrix is annexed hereto, listing added creditors ONLY, in the format prescribed by Local Rule 1007-2(b)(i).

***Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.***

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to that list; if will be deemed to constitute a motion for a 30-day extension of time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 10 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with EDNY LRB 1009-1

Dated: Woodbury, New York
November 30, 2005

_____
Heath S. Berger
Steinberg, Fineo, Berger
& Barone, P.C.
40 Crossways Park Drive
Woodbury, New York 11797
(516) 747-1136