# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722–9013

---

IN RE:                                                                                                     CASE NO: 8–05–89798–sb

William M Denninger                                       Caryn Denninger

SSN/TAX ID:                                                                                              CHAPTER: 7

xxx–xx–9784                                                          xxx–xx–0318

DEBTOR(s)

---

## NOTICE OF DISCOVERY OF ASSETS

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

It appeared from schedules filed when this case was initiated that there were no assets from which dividends could be paid to creditors and this was indicated on the notice of meeting of creditors.

It now appears that the payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722–9013

Claims must be filed on or before May 22, 2006

Creditors who have previously filed a claim in this case need not file again.

Claims which are not filed on or before May 22, 2006 will not be allowed.

Dated: February 17, 2006

For the Court, Joseph P. Hurley, Clerk of Court

**BLdas** [Discovery of Assets rev. 07/21/03]