Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Kenneth P. Silverman, Esq. (KPS#2498)
Anthony C. Acampora, Esq. (ACA#0838)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT CENTRAL ISLIP
-----------------------------------------------------------------x
In re:                                                              Chapter 7
                                                                    Case No. 05-89798-288
WILLIAM M. DENNINGER
AND CARYN DENNINGER,

                Debtors.
-----------------------------------------------------------------x

### APPLICATION TO RETAIN SANDERS, SANDERS, BLOCK, WOYCIK, VIENER & GROSSMAN, P.C., AS SPECIAL COUNSEL TO THE TRUSTEE

**To:**  **Bankruptcy Judge Stan Bernstein**
      **United States Bankruptcy Judge**

The application (the "Application") of Kenneth P. Silverman, Esq., the chapter 7 trustee (the "Trustee") of the estate of William M. Denninger and Caryn Denninger (the "Debtors"), respectfully represents as follows:

1. On October 15, 2005 (the "Filing Date"), the above-captioned Debtors filed a petition for relief in accordance with Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York.

2. By Notice of Appointment dated October 15, 2005, Kenneth P. Silverman, Esq. was appointed as the interim Chapter 7 Trustee of the estate and has since duly qualified and is the permanent Trustee in this case.

3. The Trustee desires to retain the services of Sanders, Sanders, Block, Woycik, Viener & Grossman, P.C. ("Sanders"), as special counsel for the purpose of continuing the prosecution of a personal injury action (the "Lawsuit") resulting from injuries sustained by the Debtor, Caryn Denninger.

AAP/D213152v/F052165

4. As set forth in the affidavit of Michael Villeck, Esq. (the "Villeck Affidavit"), a member of the Sanders firm, Sanders has become intimately familiar with the specifics of the Lawsuit.

5. The Lawsuit is fact sensitive and requires complex litigation.  As more fully set forth in the Villeck Affidavit, Sanders is well qualified to act as special counsel in this matter.

6. Accordingly, the Trustee believes that Sanders should be retained as special counsel to continue the prosecution of the Lawsuit.

7. Sanders has acknowledged that its application for compensation and reimbursement of costs and expenses is subject to the approval of the Court and shall be on a contingency fee basis, figured on the net monies recovered by suit settlement or otherwise.

8. To the best of Trustee's knowledge, Sanders represents no adverse interest to the estate or its creditors and is a disinterested person as that term is defined in §101(14) of the Bankruptcy Code.

9. Sanders will supply the Trustee with a written status report on a quarterly basis.

10. Sanders shall, within thirty (30) days of the entry of this Order, make a motion returnable in the Court in which the personal injury action is pending for the substitution of the Trustee, Kenneth P. Silverman, Esq. as the successor in interest to the Debtors in the personal injury action.

11. Sanders shall maintain contemporaneous time records of the services performed for the Estate in a manner consistent with the Bankruptcy Code and the United States Trustee's Guidelines.

12. Upon settlement or other liquidation of the claims being prosecuted in the Lawsuit, the gross proceeds from the settlement or other liquidation shall be turned over to the Trustee upon receipt by Sanders and/or the Debtors for the distribution by Trustee in accordance with orders of this court and/or the Bankruptcy Code.

13.     No prior application for the relief sought herein has been previously made to this or any other Court.

**WHEREFORE,** the Trustee respectfully requests the entry of an order authorizing the retention of Sanders, Sanders, Block, Woycik, Viener & Grossman, P.C., as special counsel to the Trustee and for such other, further and different relief as to this Court may deem just and proper.

Dated: Jericho, New York
       March 17, 2006

s/Kenneth P. Silverman
Kenneth P. Silverman, Esq.,
Chapter 7 Trustee for the estate of
William M. Denninger and Caryn Denninger
