DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____
                             (mm8333)

In Re:                                                            Case No. 8-05-89798-SB
                                                                 (Chapter 7)
        WILLIAM M. DENNINGER and
        CARYN DENNINGER,

                                Debtors.
_____

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY
### PURSUANT TO 11 U.S.C. SECTION 362(d)(1)

Creditor, American Honda Financial Corporation, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay herein,

UPON reading and filing the Notice of Presentment of Proposed Order Granting Relief from Automatic Stay and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated May 9, 2006, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, on motion of American Honda Financial Corporation, by its counsel, Deily, Mooney & Glastetter, LLP, it is hereby

ORDERED, that pursuant to 11 U.S.C. Section 362(d)(1) the Motion of creditor, American Honda Financial Corporation, for Relief from Automatic Stay is granted; and it is further

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtors, above named, ~~be, and the same hereby~~ is *modified* , ~~terminated~~ in that it shall not apply to any action by creditor, American Honda Financial Corporation, to recover possession and dispose of its property; namely, one (1) *2005 Acura MDX,* ~~William M. Denninger~~ (V.I.N. 2HNYD18845H516866); and it is further

ORDERED, that all surplus monies, if any, obtained by American Honda Financial Corporation after liquidation of the property and satisfaction of its debt, shall be remitted to the Trustee.

DATED:    Central Islip, New York
          June 9, 2006

                                        *s/ Stan Bernstein*
                                        Stan Bernstein
                                        United States Bankruptcy Judge
                                        Eastern District of New York

~~E N T E R:~~                                                              06.02224