# STEINBERG, FINEO, BERGER & FISCHOFF P.C.

ATTORNEYS AND COUNSELORS AT LAW

40 CROSSWAYS PARK DRIVE
WOODBURY, NEW YORK 11797
516-747-1136
FAX: 516-747-0382

STUART M. STEINBERG
FRANCIS G. FINEO
HEATH S. BERGER*
GARY C. FISCHOFF**

JAMES E. BRANDT
MICHAEL A. D'EMIDIO
DAVID A. FRIEDMAN
LAURIE SAYEVICH HORZ**
ERIC JURIST
SEAN R. LASKY**
FRANK A. RACANO****
VINCENT RENDA*****
STEVEN E. SHUMER****
SHARON D. SIMON
HARRY R. THOMASSON, JR.***
BIANCA M. WORDEN**

OF COUNSEL:

ROBERT A. CLINARD
DANA J. FINKELSTEIN, LLC****
RICHARD A. FOGEL**
LAWRENCE KATZ
MATTHEW KREINCES
BRIAN NOVAK

\*      ALSO ADMITTED IN DISTRICT OF COLUMBIA
\*\*     ALSO ADMITTED IN NEW JERSEY
\*\*\*    ALSO ADMITTED IN MASSACHUSETTS
\*\*\*\*   ALSO ADMITTED IN CONNECTICUT
\*\*\*\*\*  ALSO ADMITTED IN CALIFORNIA

June 13, 2006

Clerk
United States Bankruptcy Court
Eastern District of New York
Long Island Federal Courthouse
290 Federal Plaza
P.O. Box 9013
Central Islip, New York 11722

      Re:    **WILLIAM AND CARYN DENNINGER**
             **Chapter 7**
             **Case No. 805-89798-288**

Dear Sir/Madam:

      This office represents the above referenced debtors. February 6, 2006 was the last day to object to discharge or dischargeability of a debt. No objections were filed. Accordingly the debtors are entitled to their notice of discharge.

      The fact that the Trustee may be keeping the case open for the possible future administration of an asset should not in anyway hinder the Clerk's office from issuing the discharge. Mr. and Mrs. Denninger require the notice of discharge in order to move forward with their financial affairs. Accordingly it is requested that the Clerk promptly issue the notice of discharge.

                            Very truly yours,

                            STEINBERG, FINEO, BERGER
                            & FISCHOFF, P.C.

                            GARY C. FISCHOFF

cc: Kenneth Silverman, Esq.
     Chapter 7 Trustee
    William and Caryn Denninger

Melville, New York • Central Islip, New York
Centereach, New York • Kew Gardens, New York
(by appointment only)