DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York  12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

(MM 8333)

In Re:                                                                            Case No. 05-89798-SB
                                                                                       (Chapter 7)
    CARYN DENNINGER AND
    WILLIAM M. DENNINGER,

                    Debtors.

## CERTIFICATE OF SERVICE

    I, Amy S Randio, certify that I am not less than eighteen (18) years of age; that I served a copy of the Order dated June 9, 2006 on June 13, 2006.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

| | |
|---|---|
| William M. Denninger (Debtor)<br>7407 Panache Way<br>Boca Raton, Florida  33433 | Caryn Denninger (Debtor)<br>7407 Panache Way<br>Boca Raton, Florida  33433 |

**E-Mail Service:** via e-mail notification to the following:

| | |
|---|---|
| Kenneth P. Silverman, Esq. (Trustee)<br>100 Jericho Quadrangle, Suite 3000<br>Jericho, New York  11753 | Heath S. Berger, Esq.<br>Attorney for Debtors<br>Steinberg Fineo Berger & Fischoff, PC<br>40 Crossways Park Drive<br>Woodbury, New York  11797 |

                                       /s/ Amy S. Randio
                                       Amy S Randio

B-HUSCHEPPEN.06.02224