# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

| | |
|---|---|
| IN RE: | CASE NO: 8−05−89798−sb |
| William M Denninger and Caryn Denninger | |
| SSN/TAX ID: | CHAPTER: 7 |
| xxx−xx−9784        xxx−xx−0318 | |
| DEBTOR(s) | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Kenneth P. Silverman (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Stan Bernstein
United States Bankruptcy Judge

Dated: April 11, 2007

**BLfnld7** [Final Decree rev 08/07/06]